## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 |
| This Document Relates To: | Master Docket Case No. 14-cv-01748 |
| *George Palicka v. AbbVie, Inc. et al,* Case No. 1:15-cv-10003 | Honorable Matthew F. Kennelly |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## OF CLAIMS AGAINST ALL DEFENDANTS
## EXCEPT PFIZER INC. AND PHARMACIA & UPJOHN CO.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel indicated below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff George Palicka ("Plaintiff") hereby dismisses his claims against all Defendants (except Pfizer Inc. and Pharmacia & Upjohn Co.) with prejudice, with each party to bear its own costs and attorneys' fees. Plaintiff does not dismiss his claims against Pfizer Inc. and Pharmacia & Upjohn Co.

Respectfully submitted,

Dated: April 5, 2016

| | |
|---|---|
| /s/ David Diamond | /s/ Andrew K. Solow (with permission) |
| David J. Diamond | Andrew K. Solow |
| Daniel Gregory Sakall | KAYE SCHOLER LLP |
| GOLDBERG & OSBORNE | 250 West 55th Street |
| 698 E. Wetmore Road, Suite 200 | New York, New York, 10022 |
| Tucson, AZ 85705 | Phone: (212) 836-7740 |
| Phone: (520) 620-3975 | Fax: (212) 836-6776 |
| Email: ddiamond@goldbergandosborne.com | Email: Andrew.Solow@kayescholer.com |
| Email: gsakall@goldbergandosborne.com | |
| *Attorneys for Plaintiffs* | |

Daniel Meyers
KAYE SCHOLER LLP
70 West Madison, Suite 4200
Chicago, IL 60602
Phone: (312) 583-2393
Fax: (312) 583-2596
Email: daniel.meyers@kayescholer.com

*Attorneys for Endo Pharmaceuticals Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC*

Christopher R. Boisvert (with permission)
Christopher R. Boisvert
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
Phone: (215) 994-2312
Fax: (215) 994-2222
Email: chip.boisvert@dechert.com

*Attorney for AbbVie, Inc., Abbott Laboratories, Inc, AbbVie Products LLC, Unimed Pharmaceuticals, LLC, Besins Healthcare Inc., and Besins Healthcare, S.A.*

Joseph P. Thomas (with permission)
Joseph P. Thomas
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (512) 698-5004
Email: jthomas@ulmer.com

Jeffrey Daniel Geoppinger
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5038
Email: jgeoppinger@ulmer.com

Jeffrey Francis Peck
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5011

Email: jpeck@ulmer.com

K.C. Green
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5008
Email: kcgreen@ulmer.com

*Attorneys for Actavis, Inc., Actavis Pharma, Inc. Actavis Laboratories UT, Inc., Watson Laboratories, Inc., and Anda, Inc.*

<u>David E. Stanley (with permission)</u>
David E. Stanley
REED SMITH LLP
355 S Grand Ave #2900,
Los Angeles, CA 90071
Phone: (213) 457-8085
FAX: (213) 457-8080
Email: dstanley@reedsmith.com

*Attorney for Eli Lilly and Company and Lilly USA, LLC*

## CERTIFICATE OF SERVICE

    I, David Diamond, hereby certify that on April 5, 2016, the foregoing Joint Stipulation of Dismissal with Prejudice was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.


Dated: April 5, 2016                                                   /s/ David Diamond
                                                                        David Diamond